MALCOLM A. HEINICKE (State Bar No. 194174)
Malcolm.heinicke@mto.com
BRYAN H. HECKENLIVELY (State Bar No. 279140)
Bryan.heckenlively@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID WEISS, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>WELLS FARGO BANK, N.A., a National Association; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>(Removed from the Superior Court of the State of California, County of San Francisco, Case No. CGC-18-564687) |

     Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| PARTY | CONNECTION/INTEREST |
|---|---|
| Wells Fargo & Co. | Parent company of Wells Fargo Bank, N.A. |
| Wells Fargo Bank & Co. | Wells Fargo Bank, N.A. is a subsidiary of Wells Fargo Bank & Co. |

DATED:  March 30, 2018

MUNGER, TOLLES & OLSON LLP
    MALCOLM A. HEINICKE
    BRYAN H. HECKENLIVELY


By: _____*/s/ Malcolm A. Heinicke*_____
    MALCOLM A. HEINICKE

Attorneys for WELLS FARGO BANK, N.A.